**DOMINION TRANSMISSION, INC., Petitioner**

v.

**Robert SUMMERS, in his official capacity as Secretary of the Maryland Department of the Environment and Maryland Department of the Environment, Respondents**

**Myersville Citizens for a Rural Community, Inc., Intervenor.**

**No. 13–1019.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 8, 2013.

Christopher Todd Handman, Sean Marotta, Joel Patrick Nevins, Hogan Lovells U.S. LLP, Washington, DC, for Petitioner.

Roberta Rose James, Office of the Attorney General, State of Maryland Department of the Environment, Baltimore, MD, for Respondent.

Before: HENDERSON, GRIFFITH and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This cause came to be heard on the petition for review of an order of the Maryland Department of the Environment and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is granted and the case is remanded for further proceedings, in accordance with the opinion of the court filed on July 19, 2013.